B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Panici, Joseph Jr.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Panici, Deanna M** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA Universal Electric & Technology Co.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5170** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8634** |
| Street Address of Debtor (No. and Street, City, and State):<br>**24011 W. Commercial**<br>**Plainfield, IL**                      ZIP Code **60544** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**24011 W. Commercial**<br>**Plainfield, IL**                      ZIP Code **60544** |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business:<br>**Will** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Panici, Joseph Jr.**<br>**Panici, Deanna M** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Panici, Joseph Jr.**<br>**Panici, Deanna M** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Joseph Panici, Jr.**
Signature of Debtor  **Joseph Panici, Jr.**

X **/s/ Deanna M Panici**
Signature of Joint Debtor **Deanna M Panici**

Telephone Number (If not represented by attorney)

**November 30, 2010**
Date

### Signature of Attorney*

X **/s/ Stephen J. West, Atty.**
Signature of Attorney for Debtor(s)

**Stephen J. West, Atty. 02989794**
Printed Name of Attorney for Debtor(s)

**Stephen J. West**
Firm Name
**628 Columbus Dr.**
**Rm. 102**
**Ottawa, IL 61350**

Address

**815-434-7250  Fax: 815-434-0951**
Telephone Number

**November 30, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

| | | | |
|---|---|---|---|
| In re | **Joseph Panici, Jr.**<br>**Deanna M Panici** | Case No. | |
| | Debtor(s) | Chapter | **7** |

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                              Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Joseph Panici, Jr.**

**Joseph Panici, Jr.**

Date:    **November 30, 2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Joseph Panici, Jr.**
**Deanna M Panici**

               Debtor(s)

Case No. _____

Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                              Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Deanna M Panici**
                                  **Deanna M Panici**

Date:  **November 30, 2010**

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Joseph Panici, Jr.**
**Deanna M Panici**

Debtor(s)

Case No.

Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$33,500.00** | **Him 2008** |
| **$27,400.00** | **2009** |
| **$17,600.00** | **Her 2008** |
| **$0.00** | **2009** |

2

### 2. Income other than from employment or operation of business

**None** ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

### 3. Payments to creditors

**None** ■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None** ☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Chase Auto Finance** | **Monthly payment** | **$378.00** | **$4,100.00** |

**None** ■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None** ■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

**None** ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*  Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ■ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

4

**10. Other transfers**

None ■
   a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■
   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None ■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ■
If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None ■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|

None
■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None
■  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|

None
■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

### 20. Inventories

None
■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|------|------|------|

None
■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|------|------|

7

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                          NATURE OF INTEREST                    PERCENTAGE OF INTEREST

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
     controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                          TITLE                                 NATURE AND PERCENTAGE
                                                                                OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
     commencement of this case.

NAME                          ADDRESS                                  DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
     immediately preceding the commencement of this case.

NAME AND ADDRESS                          TITLE                                 DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
     in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
     commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                          DATE AND PURPOSE                          AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR                 OF WITHDRAWAL                             OR DESCRIPTION AND
                                                                                VALUE OF PROPERTY

### 24. Tax Consolidation Group.

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
     group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
     of the case.

NAME OF PARENT CORPORATION                                 TAXPAYER IDENTIFICATION NUMBER (EIN)

### 25. Pension Funds.

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
     employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                       TAXPAYER IDENTIFICATION NUMBER (EIN)

8

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **November 30, 2010**                    Signature  **/s/ Joseph Panici, Jr.**

**Joseph Panici, Jr.**

Debtor

Date  **November 30, 2010**                    Signature  **/s/ Deanna M Panici**

**Deanna M Panici**

Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Joseph Panici, Jr.,**
    **Deanna M Panici,**

                            Debtors

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 5,450.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 4,100.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 26 | | 601,519.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,250.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,228.00 |
| Total Number of Sheets of ALL Schedules | | 37 | | | |
| Total Assets | | | 5,450.00 | | |
| Total Liabilities | | | | 605,619.00 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Joseph Panici, Jr.,**
**Deanna M Panici**

Case No. _____

Chapter _____ **7** _____

Debtors ,

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Joseph Panici, Jr.,**                    Case No. _____
        **Deanna M Panici**

_____,
Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com         Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re  **Joseph Panici, Jr.,**                                    Case No. _____
        **Deanna M Panici**
                                                    ,
                                        Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account - Chase** | J | **200.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous household goods, furniture & furnishings.** | J | **800.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Wearing apparel** | J | **50.00** |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      **1,050.00**
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Joseph Panici, Jr.,**
**Deanna M Panici**

Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet ___1___ of ___2___ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                 Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Joseph Panici, Jr.,**                                              Case No. _____
       **Deanna M Panici**

_____,
                                    Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Jeep** | J | 4,400.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total >  | 4,400.00 |
|---|---|---|
|  | (Total of this page) |  |
|  | Total > | 5,450.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re    **Joseph Panici, Jr.,**                                    Case No. _____
**Deanna M Panici,**

_____ ,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                      $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                          *with respect to cases commenced on or after the date of adjustment.)*
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Other Exemptions** | | | |
| **The necessary wearing apparel, bible, school books and family pictures of the debtors, Joseph Jr. & Deanna M Panici and the debtor's dependants;** | **735 ILCS 5/12-1001(a)** | **100.00** | **0.00** |
| **Personal property,household goods,furnishings,funds held by employer,funds on deposit, tax returns, other property listed on Schedule B not otherwise claimed as exempt.** | **735 ILCS 5/12-1001(b)** | **8,000.00** | **0.00** |
| **The debtor's interest not to exceed $2,400 in value in any one motor vehicle.** | **735 ILCS 5/12-1001(c)** | **4,800.00** | **0.00** |

|  | Total: | **12,900.00** | **0.00** |

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re **Joseph Panici, Jr.,**　　　　　　　　　　　　　　　　Case No. _____
　　　**Deanna M Panici**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

　　　State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

　　　List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

　　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

　　　If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

　　　Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐　Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Chase Auto Finance** | J | | **Security is a 2002 Jeep obtained in 2005 as purchase money security interest.**<br><br><br>Value $　　　　　　**4,400.00** | | X | | 4,100.00 | 0.00 |
| Account No. | | | <br><br><br>Value $ | | | | | |
| Account No. | | | <br><br><br>Value $ | | | | | |
| Account No. | | | <br><br><br>Value $ | | | | | |

**0**　continuation sheets attached

| | Subtotal<br>(Total of this page) | 4,100.00 | 0.00 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 4,100.00 | 0.00 |

Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re    **Joseph Panici, Jr.,**                                                    Case No. _____
         **Deanna M Panici**

_____,
                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Joseph Panici, Jr.,**                                                        Case No. _____
         **Deanna M Panici**
                                                                                    ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **07SC046**<br><br>.<br>**2226 W. Burr Oak Ave.**<br>**Blue Island, IL 60406** | | J | Claim was incurred for civil judgment. | | X | | 1,689.00 |
| Account No.<br><br>**Ace Cash Express Inc.**<br>**1231 Greenway Dr.**<br>**Suite 700**<br>**Irving, TX 75038** | | J | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 5,435.00 |
| Account No. **95192**<br><br>**Advance Financial Federal CU**<br>**4035 Alder St.**<br>**East Chicago, IN 46312-2855** | | J | Claim was incurred for collection account. | | X | | 11,615.00 |
| Account No.<br><br>**Alfredo's Landscaping**<br>**11709 S. Pulaski Rd. #101**<br>**Alsip, IL 60803** | | J | Claim was incurred for collection account. | | X | | 360.00 |

|  |  |  |  | Subtotal (Total of this page) | 19,099.00 |
|---|---|---|---|---|---|

__25__  continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                              S/N:29385-101118    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Joseph Panici, Jr.,**                                                  Case No. _____
      **Deanna M Panici**

_____,

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. Cxx5768 <br><br> **Arnie Bauer Cadillar** <br> **5525 Miller Circle Dr.** <br> **Matteson, IL 60443** | | J | | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 2,697.00 |
| Account No. 3176882 <br><br> **Arnold Scott Harris, P.C.** <br> **Attorneys at Law** <br> **600 W. Jackson Blvd.; Suite 720** <br> **Chicago, IL 60661** | | J | | | Claim was incurred for collection account. | | X | | 902.00 |
| Account No. <br><br> **Associated Advertisers** <br> **% Credit Management Services** <br> **1375 E. Woodfield Rd.; Suite 110** <br> **Schaumburg, IL 60173** | | J | | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 8,909.00 |
| Account No. 81546480159774 <br><br> **AT&T** <br> **% NCO Financial Systems, Inc.** <br> **PO Box 15630; Dept. 15** <br> **Wilmington, DE 19850** | | J | | | Claim was incurred for collection account. | | X | | 800.00 |
| Account No. 9215 <br><br> **AT&T** <br> **PO Box 8100** <br> **Aurora, IL 60507-8100** | | J | | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 243.00 |

Sheet no. __1__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **13,551.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Joseph Panici, Jr.,**
     **Deanna M Panici**
_____,
                                                Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 8152673308209 | | | | | Claim was incurred for collection account. | | | | |
| AT&T Midwest % I.C. System, Inc. PO Box 64794 Saint Paul, MN 55164-0794 | | J | | | | | X | | 775.00 |
| Account No. 4447-9601-2900-3875 | | | | | Claim was incurred for collection account. | | | | |
| Bank of Marin % First National Collection Bureau 610 Waltham Way Sparks, NV 89434 | | J | | | | | X | | 692.00 |
| Account No. | | | | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | | | |
| Barr Management 6408 N. Western Ave. Chicago, IL 60645 | | J | | | | | X | | 1,784.00 |
| Account No. 5312 | | | | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | | | |
| Blue Book PO Box 500 Jefferson Valley, NY 10535 | | J | | | | | X | | 4,304.00 |
| Account No. | | | | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | | | |
| Blue Cross Blue Shield of Illinois 300 E. Randolph Chicago, IL 60601-5099 | | J | | | | | X | | 1,167.00 |

Sheet no. __2__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,722.00

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Joseph Panici, Jr.,**
        **Deanna M Panici**
                                                                      Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **9272** | | | | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | | | |
| **Boender Electric Inc.** **1145D Commercial Dr.** **Schererville, IN 46375** | | | J | | | | X | | |
| | | | | | | | | | 579.00 |
| Account No. | | | | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | | | |
| **C Services** **16835 S. Halsted** **Harvey, IL 60426** | | | J | | | | X | | |
| | | | | | | | | | 277.00 |
| Account No. **5178-0524-5889-9602** | | | | | Claim was incurred for collection account. | | | | |
| **Capital One** **% NCO Financial Systems, Inc.** **507 Prudential Rd.** **Horsham, PA 19044** | | | J | | | | X | | |
| | | | | | | | | | 802.00 |
| Account No. **4862-3625-8651-7784** | | | | | Claim was incurred for collection account. | | | | |
| **Capital One** **% Global Credit & Collection Corp.** **300 International Dr.; Suite 100** **Williamsville, NY 14221** | | | J | | | | X | | |
| | | | | | | | | | 1,150.00 |
| Account No. **4862-3625-8651-7784** | | | | | Claim was incurred for consumer goods & services. | | | | |
| **Capital One Bank, N.A.** **PO Box 71083** **Charlotte, NC 28272-1083** | | | J | | | | X | | |
| | | | | | | | | | 1,625.00 |

Sheet no. __**3**___ of __**25**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,433.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Joseph Panici, Jr.,**
      **Deanna M Panici**

Case No. _____

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **580100003202184** <br><br> **Capital One Installment** <br> **% Capital Management Services, LP** <br> **726 Exchange St.; Suite 700** <br> **Buffalo, NY 14210** | | J | Claim was incurred for collection account. | | X | | 892.00 |
| Account No. **4813** <br><br> **Cartridge World** <br> **1356 E. Lincoln Hwy.** <br> **New Lenox, IL 60451** | | J | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 543.00 |
| Account No. **008/9** <br><br> **CES, Ltd.** <br> **PO Box 1006** <br> **Wilbraham, MA 01095** | | J | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 113,428.00 |
| Account No. **PB1701** <br><br> **Chase** <br> **% Financial Recovery Services, Inc.** <br> **PO Box 385908** <br> **Minneapolis, MN 55438** | | J | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 872.00 |
| Account No. <br><br> **Chase** <br> **% I.C. System, Inc.** <br> **PO Box 64887** <br> **Saint Paul, MN 55164-0887** | | J | Claim was incurred for collection account. | | X | | 961.00 |

Sheet no. __4__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

116,696.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph Panici, Jr.,**                                          Case No. _____
         **Deanna M Panici**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **3126** | | | | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | | | |
| **Chicago Tribune** **PO Box 6315** **Chicago, IL 60680** | | J | | | | | X | | |
| | | | | | | | | | 864.00 |
| Account No. | | | | | Claim was incurred for collection account. | | | | |
| **Chicago Tribune Circulation** **% Biehl & Biehl** **PO Box 87410** **Carol Stream, IL 60188-7410** | | J | | | | | X | | |
| | | | | | | | | | 13.00 |
| Account No. **33101** | | | | | Claim was incurred for collection account. | | | | |
| **Citifinancial Auto** **% NCO Financial Systems, Inc.** **PO Box 15630; Dept. 15** **Wilmington, DE 19850** | | J | | | | | X | | |
| | | | | | | | | | 14,460.00 |
| Account No. **33595331010** | | | | | Claim was incurred for balance owed for repossession. | | | | |
| **Citifinancial Auto** **% American Coradius International** **2420 Sweet Home Rd.; Suite 150** **Amherst, NY 14228-2244** | | J | | | | | X | | |
| | | | | | | | | | 16,965.00 |
| Account No. | | | | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | | | |
| **City of Fort Wayne** **Room 122** **Fort Wayne, IN 46802** | | J | | | | | X | | |
| | | | | | | | | | 10.00 |

Sheet no. __5__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 32,312.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph Panici, Jr.,**
　　　 **Deanna M Panici**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Classic Cash** <br> **2141C West Broad St.** <br> **PO Box 6705** <br> **Atlantis, GA 30604** | | J | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 2,021.00 |
| Account No. **1877** <br><br> **Collection Control, Inc.** <br> **106 E. Grand Ave.** <br> **PO Box 674** | | J | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 2,500.00 |
| Account No. **8873** <br><br> **Comcast** <br> **PO Box 3002** <br> **Southeastern, PA 19398-3002** | | J | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 244.00 |
| Account No. <br><br> **ComEd** <br> **% CCI** <br> **PO Box 212489** <br> **Augusta, GA 30917-2489** | | J | Claim was incurred for collection account. | | X | | 1,385.00 |
| Account No. <br><br> **ComEd** <br> **% I.C. System, Inc.** <br> **PO Box 64378** <br> **Saint Paul, MN 55164-0378** | | J | Claim was incurred for collection account. | | X | | 838.00 |

Sheet no. __6__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,988.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph Panici, Jr.,**
**Deanna M Panici**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Computer Maintenance Services, Inc.**<br>**19231 Henry Dr.**<br>**Mokena, IL 60448** | | J | Claim made in connection with the operating expenses of Unviersal Electric & Technology Co. | | X | | 119.00 |
| Account No. **xxCHxxx/xxCHxxxxx/xxCHx2332** <br><br>**Concord Electric Supply Ltd.**<br>**% Christopher Connonito**<br>**15930 S. 75th Court, #100**<br>**Tinley Park, IL 60477** | | J | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 93,706.00 |
| Account No. **1843** <br><br>**Contractors Adjustment Comp.**<br>**570 Lake Cook Rd.**<br>**Suite 305**<br>**Deerfield, IL 60015** | | J | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 1,545.00 |
| Account No. <br><br>**Cook County States Attorney**<br>**PO Box A3984**<br>**Chicago, IL 60690** | | J | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 563.00 |
| Account No. <br><br>**Cortrust Bank, N.A.**<br>**% Capital Management Services**<br>**726 Exchange St.; Suite 700**<br>**Buffalo, NY 14210** | | J | Claim was incurred for collection account. | | X | | 620.00 |

Sheet no. __7__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

96,553.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph Panici, Jr.,**
       **Deanna M Panici**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Crawford Supply** <br>**Will Co. States Atty. Restitution** <br>**PO Box 800** <br>**Joliet, IL 60434** | | J | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 573.00 |
| Account No. **72050575582352** <br><br>**CRB** <br>**5834 Monroe St.** <br>**Suite A142** <br>**Sylvania, OH 43560-2267** | | J | | Claim was incurred for collection account. | | X | | 119.00 |
| Account No. **72051099071106** <br><br>**CRB** <br>**5834 Monroe St.** <br>**Suite A142** <br>**Sylvania, OH 43560-2267** | | J | | Claim was incurred for collection account. | | X | | 146.00 |
| Account No. **574196** <br><br>**Culligan Water Conditioning** <br>**9400 Enterprise Dr.** <br>**Mokena, IL 60448** | | J | | Claim was incurred for collection account. | | X | | 498.00 |
| Account No. **7825** <br><br>**Daily Southtown, Inc.** <br>**% Biehl & Biehl, Inc.** <br>**PO Box 87410** <br>**Carol Stream, IL 60188** | | J | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 3,887.00 |

Sheet no. __8__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,223.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph Panici, Jr.,**
       **Deanna M Panici**

Case No. _____

_____,
                                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **59-03** Daniel Strell % Joseph Compoli, Jr. 612 E. 185th St. Cleveland, OH 44119 | | J | | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 9,000.00 |
| Account No. **8701** Deluxe Checks PO Box 742572 Cincinnati, OH 45274 | | J | | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 502.00 |
| Account No. **8041** Dept. of Labor % The CBE Group PO Box 70958 Charlotte, NC 28272 | | J | | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 1,803.00 |
| Account No. Digital Blue 8200 W. 185th St. Suite L Tinley Park, IL 60487 | | J | | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 1,296.00 |
| Account No. **6578800** Directv 575 Underhill Blvd. Suite 224 Syosset, NY 11791-3416 | | J | | | Claim was incurred for collection account. | | X | | 199.00 |

Sheet no. __9__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,800.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph Panici, Jr.,**
       **Deanna M Panici**

Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **045285749** | | | Claim was incurred for services. | | | | |
| **Directv** **PO Box 78626** **Phoenix, AZ 85062** | | J | | | X | | 296.00 |
| Account No. **0369** | | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | | | |
| **Edward Hines Lumber** **% Executive Financial Company** **PO Box 11689** **Flint, MI 48501** | | J | | | X | | 742.00 |
| Account No. | | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | | | |
| **Emil Caliendo** **Three First National Plaza** **70 W. Madison St.; Suite 650** **Chicago, IL 60602** | | J | | | X | | 1,530.00 |
| Account No. **7940** | | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | | | |
| **Extended Stay America** **% Blitt & Gaines, PC** **661 Glenn Ave.** **Wheeling, IL 60090** | | J | | | X | | 67,096.00 |
| Account No. | | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | | | |
| **EZ Money Check Cashing** **3314 Indianapolis Rd.** **Des Moines, IA 50315** | | J | | | X | | 4,562.00 |

Sheet no. __10__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

74,226.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Joseph Panici, Jr.,**                                     Case No. _____
      **Deanna M Panici**

Debtors,

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7227** <br><br> **Federal Express** <br>**% OSI Collection Services, Inc.** <br>**PO Box 965** <br>**Brookfield, WI 53008** | | J | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 1,746.00 |
| Account No. <br><br> **Fiesta Market** <br>**939 E. Irving Park Rd.** <br>**Streamwood, IL 60107** | | J | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 980.00 |
| Account No. **6276451003009437** <br><br> **Fingerhut** <br>**PO Box 166** <br>**Newark, NJ 07101-0166** | | J | Claim was incurred for collection account. | | X | | 455.00 |
| Account No. **9437** <br><br> **Fingerhut** <br>**% Bureau of Collection Recovery LLC** <br>**PO Box 9001** <br>**Minnetonka, MN 55345-9001** | | J | Claim was incurred for collection account. | | X | | 455.00 |
| Account No. **132167812** <br><br> **First Financial Asset Mgmt.** <br>**PO Box 18064** <br>**Hauppauge, NY 11788-8864** | | J | Claim was incurred for collection account. | | X | | 2,994.00 |

Sheet no. \_\_**11**\_\_ of \_\_**25**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **6,630.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph Panici, Jr.,**    Case No. _____
**Deanna M Panici**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **4239-8010-1252-5685** | | | | Claim was incurred for collection account. | | | | |
| **First National CC**<br>**% LTD Financial Services**<br>**7322 Southwest Freeway; Suite 1600**<br>**Houston, TX 77074** | | J | | | | X | | 371.00 |
| Account No. **5177-6073-9220-7518** | | | | Claim was incurred for collection account. | | | | |
| **First Premier Bank**<br>**PO Box 5147**<br>**Sioux Falls, SD 57117-5147** | | J | | | | X | | 575.00 |
| Account No. **06M61621** | | | | Claim was incurred for civil judgment. | | | | |
| **Fred S. Mierzwa**<br>**26538 Murray Dr.**<br>**Crete, IL 60417** | | J | | | | X | | 10,000.00 |
| Account No. **4231** | | | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | | | |
| **Gannett Tennessee**<br>**% Biehl & Biehl**<br>**325 E. Fullerton Ave.**<br>**Carol Stream, IL 60188** | | J | | | | X | | 1,163.00 |
| Account No. **537070307** | | | | Claim was incurred for collection account. | | | | |
| **GC Services**<br>**PO Box 2667**<br>**Houston, TX 77252-2677** | | J | | | | X | | 897.00 |

Sheet no. _**12**_ of _**25**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **13,006.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph Panici, Jr.,**                                        Case No. _____
        **Deanna M Panici**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Glenn Ellyn Currency Exchange**<br>**613 Roosevelt Rd.**<br>**Glen Ellyn, IL 60137** | | J | **Claim made in connection with the operating expenses of Universal Electric & Technology Co.** | | X | | 743.00 |
| Account No.<br><br>**Global Paymenst Check Recovery Svc**<br>**PO Box 661038**<br>**Chicago, IL 60666-1038** | | J | **Claim made in connection with the operating expenses of Universal Electric & Technology Co.** | | X | | 742.00 |
| Account No. 1156044206<br><br>**GQ**<br>**Account Services Dept.**<br>**PO Box 37653**<br>**Boone, IA 50037-0653** | | J | **Claim was incurred for consumer goods.** | | X | | 20.00 |
| Account No. 2454<br><br>**Grainger**<br>**Dept. 868224254**<br>**Palatine, IL 60038** | | J | **Claim made in connection with the operating expenses of Universal Electric & Technology Co.** | | X | | 773.00 |
| Account No.<br><br>**HEB Check Services**<br>**PO Box 101513**<br>**San Antonio, TX 78201** | | J | **Claim made in connection with the operating expenses of Universal Electric & Technology Co.** | | X | | 5,625.00 |

Sheet no. __13__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            7,903.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph Panici, Jr.,**
         **Deanna M Panici**
                                                                      Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2900** <br><br> **Home Depot** <br> **% VWA & Assoc** <br> **PO Box 4155** <br> **Sarasota, FL 34230** | | J | Claim made in connection with the operating expenses of Universal Electric & Technology. | | X | | 178.00 |
| Account No. <br><br> **Home Depot** <br> **% Certegy Payment Recovery Svc** <br> **Northport, AL 35476** | | J | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 2,352.00 |
| Account No. **x0769** <br><br> **Homewood Disposal Service, Inc.** <br> **% Murphy Lomon & Assoc** <br> **PO BOx 2206** <br> **Des Plaines, IL 60017** | | J | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 144.00 |
| Account No. <br><br> **Illinois Collection Svc.** <br> **PO Box 646** <br> **Oak Lawn, IL 60453** | | J | Claim was incurred for collection account. | | X | | 787.00 |
| Account No. **33156503** <br><br> **Illinois State Toll Highway Authori** <br> **% Arnold Scott Harris, P.C., Attys.** <br> **222 Merchandise Mart Plaza;Ste.1932** <br> **Chicago, IL 60654** | | J | Claim was incurred for collection account. | | X | | 1,201.00 |

Sheet no. __**14**__ of __**25**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      4,662.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Joseph Panici, Jr.,**
    **Deanna M Panici**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **802**<br><br>**Imperial Crane Services Inc.**<br>**7500 W. Imperial Dr.**<br>**Bridgeview, IL 60455** | | J | | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 836.00 |
| Account No.<br><br>**Islands**<br>**% North Shore Agency, Inc.**<br>**270 Spanoli Rd.**<br>**Melville, NY 11747** | | J | | | Claim was incurred for collection account. | | X | | 24.00 |
| Account No.<br><br>**Jabo Electric & Construction Corp.**<br>**9090 Lynwood Lake**<br>**Lakewood, IL 60414** | | J | | | Claim is for alleged guarantee of corp. debt. | | X | | Unknown |
| Account No. **x7AR 686**<br><br>**Jemison Electric Box**<br>**% Karen Lavin**<br>**333 Commerce Dr. #900**<br>**Crystal Lake, IL 60014** | | J | | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 16,734.00 |
| Account No.<br><br>**Joe Garcia**<br>**Dept. of Labor**<br>**160 N. LaSalle St. #C-1300**<br>**Chicago, IL 60601** | | J | | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 6,000.00 |

Sheet no. __15__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,594.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Joseph Panici, Jr.,**
     **Deanna M Panici**
                                         ,

Case No. _____

                                             Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **10LM1934** <br><br> **John Gray** <br> **% Michael R. Martin, Atty.** <br> **15 W. Jefferson St.; Suite 300** <br> **Joliet, IL 60432** | | J | | | Claim was incurred for civil judgment for past due rent for Jabo Electric and Construction Co. | | X | | 12,695.00 |
| Account No. **21-4559-03** <br><br> **Joseph Compoli, Jr.** <br> **612 E. 185th St.** <br> **Cleveland, OH 44119** | | J | | | Claim was incurred for collection account. | | X | | **Unknown** |
| Account No. **xxxxx5333** <br><br> **JP Morgan Chase** <br> **PO Box 385908** <br> **Minneapolis, MN 55438** | | J | | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 297.00 |
| Account No. **xxxxx5325** <br><br> **JPMorgan Chase Bank, N.A.** <br> **PO Box 260180** <br> **Baton Rouge, LA 70826-0180** | | J | | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 802.00 |
| Account No. <br><br> **Justin J Odle** <br> **528 Gray** <br> **Crete, IL 60417** | | J | | | Claim is for property damages & personal injuries in auto accident. | | X | | 1,721.00 |

Sheet no. __16__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,515.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Joseph Panici, Jr.,**
**Deanna M Panici**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Lincolnway Medical Associates** <br> **PO Box 1184** <br> **Bedford Park, IL 60499-1184** | | J | Claim was incurred for collection account. | | X | | 665.00 |
| Account No. <br><br> **Main Street Market** <br> **946 Main St.** <br> **Nashville, TN 37206** | | J | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 444.00 |
| Account No. xxxxx7814 <br><br> **NCCI** <br> **901 Peninsula Corporate Circle** <br> **Boca Raton, FL 33487** | | J | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 100.00 |
| Account No. 58981732884 <br><br> **Nicor Gas** <br> **PO Box 0632** <br> **Aurora, IL 60507-0632** | | J | Claim was incurred for collection account. | | X | | 134.00 |
| Account No. xxxxxxx3554 <br><br> **Nicor Gas** <br> **PO Box 416** <br> **Aurora, IL 60568-0001** | | J | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 157.00 |

Sheet no. __17__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,500.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph Panici, Jr.,**
       **Deanna M Panici**

Case No. _____

_____,
                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | Claim was incurred for collection account. | | | | |
| **Nicor Gas % CBCS PO Box 69 Columbus, OH 43216** | | | | J | | | | X | 514.00 |
| Account No. | | | | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | | | |
| **North American Rentals, Inc. 24405 S. LaGrange Rd. Suite A Frankfort, IL 60423** | | | | J | | | | X | 13,180.00 |
| Account No. xxxxx/x0769 | | | | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | | | |
| **NuWay Disposal % Murphy Lomon & Assoc. PO Box 2206 Des Plaines, IL 60017** | | | | J | | | | X | 745.00 |
| Account No. xxxx5619 | | | | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | | | |
| **Office of the Attorney General 100 W. Randolph St. 13th Floor Chicago, IL 60601** | | | | J | | | | X | 15,060.00 |
| Account No. | | | | | Claim was incurred for collection account. | | | | |
| **Palisades Collection LLC/AT&T % First National Collection Bureau 610 Waltham Way Sparks, NV 89434** | | | | J | | | | X | 607.00 |

Sheet no. __18__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,106.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Joseph Panici, Jr.,**                           Case No. _____
       **Deanna M Panici**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **0057298978** | | | | | Claim was incurred for consumer goods. | | | | |
| **PC World**<br>**PO Box 37568**<br>**Boone, IA 50037** | | J | | | | | X | | 20.00 |
| Account No. | | | | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | | | |
| **PLS Financial**<br>**300 N. Elizabeth 4E**<br>**Chicago, IL 60607** | | J | | | | | X | | 2,364.00 |
| Account No. **7518** | | | | | Claim was incurred for collection account. | | | | |
| **Premier Bankcard**<br>**% Jefferson Capital Systems, LLC**<br>**PO Box 1940**<br>**Southgate, MI 48195-0940** | | J | | | | | X | | 575.00 |
| Account No. **xxSC1472** | | | | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | | | |
| **Protus IP Solutions**<br>**% Dennis Porrick**<br>**63 W. Jefferson St.**<br>**Joliet, IL 60432** | | J | | | | | X | | 6,541.00 |
| Account No. **x7201** | | | | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | | | |
| **Quality Blue and Offset Printing**<br>**354 N. Schmidt Rd.**<br>**Bolingbrook, IL 60440** | | J | | | | | X | | 107.00 |

Sheet no. __19__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal        **9,607.00**
(Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph Panici, Jr.,**                                          Case No. _____
     **Deanna M Panici**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. xxAR1080 Randall Industries % G. Ryan Liska 600 Hunter Dr., #310 Oak Brook, IL 60523 | | J | | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 24,075.00 |
| Account No. Raul Tamez % ROS Law Firm, LLC, Attys. 2110 W. Division Ave. Chicago, IL 60622 | | J | | | Claim was incurred for collection account. | | X | | 7,600.00 |
| Account No. Regional Truck Equipment 4626 W. 120th St. Chicago, IL 60603 | | J | | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 4,735.00 |
| Account No. Robert O Kon 9090 Lynwood Lake Lakewood, IL 60414 | | J | | | Claim is for alleged guaranty of corp. debt of Jabo Electric & Construction Co. | | X | | Unknown |
| Account No. xx7288 Sherman Williams % DeHaan & Bach 11256 Cornell Park Dr.; Suite 500 Cincinnati, OH 45242 | | J | | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 366.00 |

Sheet no. __20__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    36,776.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph Panici, Jr.,**
       **Deanna M Panici**

Case No. _____

_____ ,
                                      Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **15124-00000111877** | | | | | Claim was incurred for collection account. | | | | |
| **South Suburban Council** **% Transworld Systems** **25 Northwest Point Blvd. #750** **Elk Grove Village, IL 60007** | | J | | | | | X | | 244.00 |
| Account No. | | | | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | | | |
| **Speedy Cash** **3611 N. Ridge Rd.** **Wichita, KS 67205** | | J | | | | | X | | 673.00 |
| Account No. 682633156 | | | | | Claim was incurred for collection account. | | | | |
| **Sprint** **% Allied Interstate** **3000 Corporate Exchange Dr.** **Columbus, OH 43231** | | J | | | | | X | | 1,418.00 |
| Account No. **xxxxx3151** | | | | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | | | |
| **Sprint** **PO Box 4191** **Carol Stream, IL 60197-4191** | | J | | | | | X | | 226.00 |
| Account No. **xxxxx3156** | | | | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | | | |
| **Sprint** **PO Box 4191** **Carol Stream, IL 60197-4191** | | J | | | | | X | | 1,418.00 |

Sheet no. __21__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,979.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph Panici, Jr.,**                                              Case No. _____
         **Deanna M Panici**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Sprint** <br> **% Diversified Adjustment Services** <br> **PO Box 32145** <br> **Fridley, MN 55432-0145** | | J | | Claim was incurred for collection account. | | X | | <br><br><br><br> 162.00 |
| Account No. <br><br> **Star/A&J Disposal** <br> **20 S. Street** <br> **Park Forest, IL 60466** | | J | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | <br><br><br><br> 550.00 |
| Account No. xxxx5619 <br><br> **State of Illinois Dept. of Labor** <br> **160 N. LaSalle** <br> **Suite C-1300** <br> **Chicago, IL 60601** | | J | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | <br><br><br><br> 6,000.00 |
| Account No. xxMx xx5175 <br><br> **Sunbelt Rental, Inc.** <br> **% Stein & Rotman** <br> **105 W. Madison St.; Suite 600** <br> **Chicago, IL 60602** | | J | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | <br><br><br><br> 7,001.00 |
| Account No. 537070307 <br><br> **T-Mobile** <br> **% Superior Asset Management, Inc.** <br> **PO Box 468089** <br> **Atlanta, GA 31146-8089** | | J | | Claim was incurred for collection account. | | X | | <br><br><br><br> 897.00 |

Sheet no. __22__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                       14,610.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph Panici, Jr.,**
    **Deanna M Panici**

Case No. _____

_____ ,
                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x9989**<br><br>**The Solution Center**<br>**15321 S. 70th Court**<br>**Orland Park, IL 60462** | | J | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 227.00 |
| Account No. **x8AR 884**<br><br>**Time Savers**<br>**% Teller Levit & Silvertrust**<br>**11 E. Adams St., #800**<br>**Chicago, IL 60603** | | J | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 17,843.00 |
| Account No. **xx4796**<br><br>**Tradesmen International**<br>**422 1/2 5th St.**<br>**Suite 206**<br>**Columbus, IN 47203** | | J | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 13,832.00 |
| Account No.<br><br>**TRS Recovery Services, Inc.**<br>**5251 Westheimer**<br>**Houston, TX 77056** | | J | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 363.00 |
| Account No. **264685**<br><br>**Ultra-Green, Inc.**<br>**4901 115th St.**<br>**Alsip, IL 60803** | | J | Claim was incurred for collection account. | | X | | 44.00 |

Sheet no. __23__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

32,309.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Joseph Panici, Jr.,**
     **Deanna M Panici**

Case No. _____

_____,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Unit Step Company** 1515 Channahon Rd. Joliet, IL 60436 | | J | | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 758.00 |
| Account No. **United Comp Collection** PO Box 63373 Cincinnati, OH 45263 | | J | | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 185.00 |
| Account No. **2.85117E+13** **Verizon Wireless** 2935 Northwestern Hwy. Suite 100-CFS Southfield, MI 48033 | | J | | | Claim was incurred for collection account. | | X | | 268.00 |
| Account No. **028511713700001** **Verizon Wireless** % Allied Interstate Inc. PO Box 361477 Columbus, OH 43236 | | J | | | Claim was incurred for collection account. | | X | | 348.00 |
| Account No. **xxxxx2742** **Village of Elmwood Park** % Municipal Recovery Services, Inc. PO Box 1101 Huntley, IL 60142 | | J | | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | X | | 200.00 |

Sheet no. __24__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,759.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph Panici, Jr.,**
       **Deanna M Panici**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5249242** | | | Claim was incurred for collection account. | | | | |
| **Wachovia** **% Bay Area Credit Service LLC** **PO Box 940** **San Jose, CA 95108-0940** | | J | | | X | | 4,060.00 |
| Account No. | | | Claim was incurred for collection account. | | | | |
| **Wells Fargo Dealer Services** **% Vital Recovery Services, Inc.** **PO Box 923748** **Norcross, GA 30010-3748** | | J | | | X | | 4,057.00 |
| Account No. **xxxxxxxx6137** | | | Claim made in connection with the operating expenses of Universal Electric & Technology Co. | | | | |
| **Wright Express** **PO Box 6293** **Carol Stream, IL 60197** | | J | | | X | | 843.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __25__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **8,960.00**

Total
(Report on Summary of Schedules) **601,519.00**

B6G (Official Form 6G) (12/07)

In re    **Joseph Panici, Jr.,**                                           Case No. _____
         **Deanna M Panici**

_____,
                                                 Debtors

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
|  |  |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                              Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re  **Joseph Panici, Jr.,**                                         Case No. _____
       **Deanna M Panici**
_____,
                                    Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re  **Joseph Panici, Jr.**
       **Deanna M Panici**
       _____   Case No. _____
                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Son** | AGE(S):<br>**10 Years**<br>**7 Years** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Electrical Consultant** | |
| Name of Employer | **Self employed** | **Homemaker** |
| How long employed | **2 Years** | |
| Address of Employer | **Joliet, IL** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **3,250.00** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **3,250.00** | $ | **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | **0.00** | $ | **0.00** |
|    b. Insurance | $ | **0.00** | $ | **0.00** |
|    c. Union dues | $ | **0.00** | $ | **0.00** |
|    d. Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **3,250.00** | $ | **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance<br>(Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income<br>(Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **3,250.00** | $ | **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | | **3,250.00** |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   **Joseph Panici, Jr.**            Case No. _____
        **Deanna M Panici**
_____
              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,300.00 |
| a. Are real estate taxes included?          Yes ___          No **X** | | |
| b. Is property insurance included?          Yes ___          No **X** | | |
| 2. Utilities:      a. Electricity and heating fuel | $ | 160.00 |
|                    b. Water and sewer | $ | 80.00 |
|                    c. Telephone | $ | 150.00 |
|                    d. Other  **Cable** | $ | 100.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 540.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 360.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                    a. Homeowner's or renter's | $ | 0.00 |
|                    b. Life | $ | 0.00 |
|                    c. Health | $ | 0.00 |
|                    d. Auto | $ | 60.00 |
|                    e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|                    (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                    a. Auto | $ | 378.00 |
|                    b. Other _____ | $ | 0.00 |
|                    c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other _____ | $ | 0.00 |
|       Other _____ | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 3,228.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 3,250.00 |
| b.   Average monthly expenses from Line 18 above | $ | 3,228.00 |
| c.   Monthly net income (a. minus b.) | $ | 22.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Joseph Panici, Jr.**
**Deanna M Panici**
_____
Debtor(s)

Case No. _____

Chapter    **7**    _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**39**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **November 30, 2010**_____

Signature   **/s/ Joseph Panici, Jr.**_____
**Joseph Panici, Jr.**
Debtor

Date   **November 30, 2010**_____

Signature   **/s/ Deanna M Panici**_____
**Deanna M Panici**
Joint Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
### Northern District of Illinois

In re **Joseph Panici, Jr.**
**Deanna M Panici**

Debtor(s)

Case No.

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ 400.00 |
| Prior to the filing of this statement I have received | $ 400.00 |
| Balance Due | $ 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
    **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **November 30, 2010**

**/s/ Stephen J. West, Atty.**
**Stephen J. West, Atty. 02989794**
**Stephen J. West**
**628 Columbus Dr.**
**Rm. 102**
**Ottawa, IL 61350**
**815-434-7250  Fax: 815-434-0951**

---

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Joseph Panici, Jr.**
**Deanna M Panici**
_____
Debtor(s)

Case No. _____
Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Chase Auto Finance** | **Describe Property Securing Debt:**<br>**Security is a 2002 Jeep obtained in 2005 as purchase money security interest.** |

Property will be (check one):
■ Surrendered             □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt                    ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>□ YES          □ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date    **November 30, 2010**          Signature    **/s/ Joseph Panici, Jr.**
                                                      **Joseph Panici, Jr.**
                                                      Debtor

Date    **November 30, 2010**          Signature    **/s/ Deanna M Panici**
                                                      **Deanna M Panici**
                                                      Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Joseph Panici, Jr.**
**Deanna M Panici**
_____
Debtor(s)

Case No. _____
Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **128**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **November 30, 2010**
_____

**/s/ Joseph Panici, Jr.**
_____
**Joseph Panici, Jr.**
Signature of Debtor

Date:   **November 30, 2010**
_____

**/s/ Deanna M Panici**
_____
**Deanna M Panici**
Signature of Debtor

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Joseph Panici, Jr.**
      **Deanna M Panici**                              Case No.

                                    Debtor(s)       Chapter    **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

     I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Joseph Panici, Jr.**
**Deanna M Panici**                                    X  **/s/ Joseph Panici, Jr.**          **November 30, 2010**

Printed Name(s) of Debtor(s)                        Signature of Debtor              Date

Case No. (if known)                                 X  **/s/ Deanna M Panici**            **November 30, 2010**

                                        Signature of Joint Debtor (if any)     Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                            Best Case Bankruptcy

2226 W. Burr Oak Ave.
Blue Island, IL 60406


Ace Cash Express Inc.
1231 Greenway Dr.
Suite 700
Irving, TX 75038


Advance Financial Federal CU
4035 Alder St.
East Chicago, IN 46312-2855


Alfredo's Landscaping
11709 S. Pulaski Rd. #101
Alsip, IL 60803


Arnie Bauer Cadillar
5525 Miller Circle Dr.
Matteson, IL 60443


Arnold Scott Harris, P.C.
Attorneys at Law
600 W. Jackson Blvd.; Suite 720
Chicago, IL 60661


Associated Advertisers
% Credit Management Services
1375 E. Woodfield Rd.; Suite 110
Schaumburg, IL 60173


AT&T
% NCO Financial Systems, Inc.
PO Box 15630; Dept. 15
Wilmington, DE 19850


AT&T
PO Box 8100
Aurora, IL 60507-8100


AT&T Midwest
% I.C. System, Inc.
PO Box 64794
Saint Paul, MN 55164-0794

Bank of Marin
% First National Collection Bureau
610 Waltham Way
Sparks, NV 89434

Barr Management
6408 N. Western Ave.
Chicago, IL 60645

Blue Book
PO Box 500
Jefferson Valley, NY 10535

Blue Cross Blue Shield of Illinois
300 E. Randolph
Chicago, IL 60601-5099

Boender Electric Inc.
1145D Commercial Dr.
Schererville, IN 46375

C Services
16835 S. Halsted
Harvey, IL 60426

Capital One
% NCO Financial Systems, Inc.
507 Prudential Rd.
Horsham, PA 19044

Capital One
% Global Credit & Collection Corp.
300 International Dr.; Suite 100
Williamsville, NY 14221

Capital One Bank, N.A.
PO Box 71083
Charlotte, NC 28272-1083

Capital One Installment
% Capital Management Services, LP
726 Exchange St.; Suite 700
Buffalo, NY 14210

Cartridge World
1356 E. Lincoln Hwy.
New Lenox, IL 60451


CES, Ltd.
PO Box 1006
Wilbraham, MA 01095


Chase
% Financial Recovery Services, Inc.
PO Box 385908
Minneapolis, MN 55438


Chase
% I.C. System, Inc.
PO Box 64887
Saint Paul, MN 55164-0887


Chase Auto Finance


Chicago Tribune
PO Box 6315
Chicago, IL 60680


Chicago Tribune Circulation
% Biehl & Biehl
PO Box 87410
Carol Stream, IL 60188-7410


Citifinancial Auto
% NCO Financial Systems, Inc.
PO Box 15630; Dept. 15
Wilmington, DE 19850


Citifinancial Auto
% American Coradius International
2420 Sweet Home Rd.; Suite 150
Amherst, NY 14228-2244


City of Fort Wayne
Room 122
Fort Wayne, IN 46802

Classic Cash
2141C West Broad St.
PO Box 6705
Atlantis, GA 30604


Collection Control, Inc.
106 E. Grand Ave.
PO Box 674


Comcast
PO Box 3002
Southeastern, PA 19398-3002


ComEd
% CCI
PO Box 212489
Augusta, GA 30917-2489


ComEd
% I.C. System, Inc.
PO Box 64378
Saint Paul, MN 55164-0378


Computer Maintenance Services, Inc.
19231 Henry Dr.
Mokena, IL 60448


Concord Electric Supply Ltd.
% Christopher Connonito
15930 S. 75th Court, #100
Tinley Park, IL 60477


Contractors Adjustment Comp.
570 Lake Cook Rd.
Suite 305
Deerfield, IL 60015


Cook County States Attorney
PO Box A3984
Chicago, IL 60690


Cortrust Bank, N.A.
% Capital Management Services
726 Exchange St.; Suite 700
Buffalo, NY 14210

Crawford Supply
Will Co. States Atty. Restitution
PO Box 800
Joliet, IL 60434


CRB
5834 Monroe St.
Suite A142
Sylvania, OH 43560-2267


CRB
5834 Monroe St.
Suite A142
Sylvania, OH 43560-2267


Culligan Water Conditioning
9400 Enterprise Dr.
Mokena, IL 60448


Daily Southtown, Inc.
% Biehl & Biehl, Inc.
PO Box 87410
Carol Stream, IL 60188


Daniel Strell
% Joseph Compoli, Jr.
612 E. 185th St.
Cleveland, OH 44119


Deluxe Checks
PO Box 742572
Cincinnati, OH 45274


Dept. of Labor
% The CBE Group
PO Box 70958
Charlotte, NC 28272


Digital Blue
8200 W. 185th St.
Suite L
Tinley Park, IL 60487

Directv
575 Underhill Blvd.
Suite 224
Syosset, NY 11791-3416


Directv
PO Box 78626
Phoenix, AZ 85062


Edward Hines Lumber
% Executive Financial Company
PO Box 11689
Flint, MI 48501


Emil Caliendo
Three First National Plaza
70 W. Madison St.; Suite 650
Chicago, IL 60602


Extended Stay America
% Blitt & Gaines, PC
661 Glenn Ave.
Wheeling, IL 60090


EZ Money Check Cashing
3314 Indianapolis Rd.
Des Moines, IA 50315


Federal Express
% OSI Collection Services, Inc.
PO Box 965
Brookfield, WI 53008


Fiesta Market
939 E. Irving Park Rd.
Streamwood, IL 60107


Fingerhut
PO Box 166
Newark, NJ 07101-0166


Fingerhut
% Bureau of Collection Recovery LLC
PO Box 9001
Minnetonka, MN 55345-9001

First Financial Asset Mgmt.
PO Box 18064
Hauppauge, NY 11788-8864


First National CC
% LTD Financial Services
7322 Southwest Freeway; Suite 1600
Houston, TX 77074


First Premier Bank
PO Box 5147
Sioux Falls, SD 57117-5147


Fred S. Mierzwa
26538 Murray Dr.
Crete, IL 60417


Gannett Tennessee
% Biehl & Biehl
325 E. Fullerton Ave.
Carol Stream, IL 60188


GC Services
PO Box 2667
Houston, TX 77252-2677


Glenn Ellyn Currency Exchange
613 Roosevelt Rd.
Glen Ellyn, IL 60137


Global Paymenst Check Recovery Svc
PO Box 661038
Chicago, IL 60666-1038


GQ
Account Services Dept.
PO Box 37653
Boone, IA 50037-0653


Grainger
Dept. 868224254
Palatine, IL 60038

HEB Check Services
PO Box 101513
San Antonio, TX 78201


Home Depot
% VWA & Assoc
PO Box 4155
Sarasota, FL 34230


Home Depot
% Certegy Payment Recovery Svc
Northport, AL 35476


Homewood Disposal Service, Inc.
% Murphy Lomon & Assoc
PO BOx 2206
Des Plaines, IL 60017


Illinois Collection Svc.
PO Box 646
Oak Lawn, IL 60453


Illinois State Toll Highway Authori
% Arnold Scott Harris, P.C., Attys.
222 Merchandise Mart Plaza;Ste.1932
Chicago, IL 60654


Imperial Crane Services Inc.
7500 W. Imperial Dr.
Bridgeview, IL 60455


Islands
% North Shore Agency, Inc.
270 Spanoli Rd.
Melville, NY 11747


Jabo Electric & Construction Corp.
9090 Lynwood Lake
Lakewood, IL 60414


Jemison Electric Box
% Karen Lavin
333 Commerce Dr. #900
Crystal Lake, IL 60014

Joe Garcia
Dept. of Labor
160 N. LaSalle St. #C-1300
Chicago, IL 60601


John Gray
% Michael R. Martin, Atty.
15 W. Jefferson St.; Suite 300
Joliet, IL 60432


Joseph Compoli, Jr.
612 E. 185th St.
Cleveland, OH 44119


JP Morgan Chase
PO Box 385908
Minneapolis, MN 55438


JPMorgan Chase Bank, N.A.
PO Box 260180
Baton Rouge, LA 70826-0180


Justin J Odle
528 Gray
Crete, IL 60417


Lincolnway Medical Associates
PO Box 1184
Bedford Park, IL 60499-1184


Main Street Market
946 Main St.
Nashville, TN 37206


NCCI
901 Peninsula Corporate Circle
Boca Raton, FL 33487


Nicor Gas
PO Box 0632
Aurora, IL 60507-0632


Nicor Gas
PO Box 416
Aurora, IL 60568-0001

Nicor Gas
% CBCS
PO Box 69
Columbus, OH 43216


North American Rentals, Inc.
24405 S. LaGrange Rd.
Suite A
Frankfort, IL 60423


NuWay Disposal
% Murphy Lomon & Assoc.
PO Box 2206
Des Plaines, IL 60017


Office of the Attorney General
100 W. Randolph St.
13th Floor
Chicago, IL 60601


Palisades Collection LLC/AT&T
% First National Collection Bureau
610 Waltham Way
Sparks, NV 89434


PC World
PO Box 37568
Boone, IA 50037


PLS Financial
300 N. Elizabeth 4E
Chicago, IL 60607


Premier Bankcard
% Jefferson Capital Systems, LLC
PO Box 1940
Southgate, MI 48195-0940


Protus IP Solutions
% Dennis Porrick
63 W. Jefferson St.
Joliet, IL 60432


Quality Blue and Offset Printing
354 N. Schmidt Rd.
Bolingbrook, IL 60440

Randall Industries
% G. Ryan Liska
600 Hunter Dr., #310
Oak Brook, IL 60523


Raul Tamez
% ROS Law Firm, LLC, Attys.
2110 W. Division Ave.
Chicago, IL 60622


Regional Truck Equipment
4626 W. 120th St.
Chicago, IL 60603


Robert O Kon
9090 Lynwood Lake
Lakewood, IL 60414


Sherman Williams
% DeHaan & Bach
11256 Cornell Park Dr.; Suite 500
Cincinnati, OH 45242


South Suburban Council
% Transworld Systems
25 Northwest Point Blvd. #750
Elk Grove Village, IL 60007


Speedy Cash
3611 N. Ridge Rd.
Wichita, KS 67205


Sprint
% Allied Interstate
3000 Corporate Exchange Dr.
Columbus, OH 43231


Sprint
PO Box 4191
Carol Stream, IL 60197-4191


Sprint
PO Box 4191
Carol Stream, IL 60197-4191

Sprint
% Diversified Adjustment Services
PO Box 32145
Fridley, MN 55432-0145


Star/A&J Disposal
20 S. Street
Park Forest, IL 60466


State of Illinois Dept. of Labor
160 N. LaSalle
Suite C-1300
Chicago, IL 60601


Sunbelt Rental, Inc.
% Stein & Rotman
105 W. Madison St.; Suite 600
Chicago, IL 60602


T-Mobile
% Superior Asset Management, Inc.
PO Box 468089
Atlanta, GA 31146-8089


The Solution Center
15321 S. 70th Court
Orland Park, IL 60462


Time Savers
% Teller Levit & Silvertrust
11 E. Adams St., #800
Chicago, IL 60603


Tradesmen International
422 1/2 5th St.
Suite 206
Columbus, IN 47203


TRS Recovery Services, Inc.
5251 Westheimer
Houston, TX 77056


Ultra-Green, Inc.
4901 115th St.
Alsip, IL 60803

Unit Step Company
1515 Channahon Rd.
Joliet, IL 60436


United Comp Collection
PO Box 63373
Cincinnati, OH 45263


Verizon Wireless
2935 Northwestern Hwy.
Suite 100-CFS
Southfield, MI 48033


Verizon Wireless
% Allied Interstate Inc.
PO Box 361477
Columbus, OH 43236


Village of Elmwood Park
% Municipal Recovery Services, Inc.
PO Box 1101
Huntley, IL 60142


Wachovia
% Bay Area Credit Service LLC
PO Box 940
San Jose, CA 95108-0940


Wells Fargo Dealer Services
% Vital Recovery Services, Inc.
PO Box 923748
Norcross, GA 30010-3748


Wright Express
PO Box 6293
Carol Stream, IL 60197